# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THERON RILEY, JR.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 1:25-00193-KD-B** |
| | ) |
| **RAYMOND TAYLOR, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 13, 2025, (Doc. 5), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** as malicious for abuse of the judicial process pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) because Plaintiff affirmatively misrepresented his litigation history to the Court.

**DONE** and **ORDERED** this **12th** day of **June 2025**.

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**